UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, Jr., | No. 2:13-cv-2273 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| LARES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2017 (ECF No. 30) are adopted in full.

1

2. Defendants' May 24, 2017 motion to sever (ECF No. 23) is granted.

3. The claims in case No. 2:13-cv-2273 are severed into four separate actions, with the current case number remaining assigned to the Claim #1 against Defendants Peery, Gower, and Barnes.

4. The Clerk of Court is directed to assign new case numbers for the three remaining claims: Claim #2 against Defendants Barker and Lares; Claim #3 against Defendants McGrath, Parker, and Drake; and Claim #4 against Defendants Blauser and Smith.

5. The same district judge and magistrate judge shall be assigned in these new actions.

6. The filings from case No. 2:13-cv-2273 shall be included on the dockets of each case.

Dated: September 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge