UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JENKINS, Jr., | No. 2:17-cv-1866 GEB DB P |
| Plaintiff, | |
| v. | ORDER |
| PARKER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. In an order filed September 8, 2017, the district judge granted defendants' motion to sever and ordered plaintiff's original case, No. 2:13-cv-2273 GEB DB P, severed into four separate actions. (ECF No. 31.) The above-captioned case will proceed on plaintiff's claim #3 in his second amended complaint against defendants Parker, McGrath, and Drake.

Based on his prior showing, the court will grant plaintiff in forma pauperis status in this action. See 28 U.S.C. § 1915(a).

The court has previously found that plaintiff stated potentially a cognizable claim against defendants Parker, McGrath, and Drake and they have appeared in this action. (See Mar. 6, 2017 Order (ECF No. 15).) Defendants will be ordered to file a reply to claim #3 of the second amended complaint.

////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. Plaintiff's request for leave to proceed in forma pauperis is granted. |
| 3 | 2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff |
| 4 | is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. |
| 5 | § 1915(b)(1). All fees shall be collected and paid in accordance with this court's order to the |
| 6 | Director of the California Department of Corrections and Rehabilitation filed concurrently |
| 7 | herewith. |
| 8 | 3. Defendants shall reply to the second amended complaint within thirty days of the filed date |
| 9 | of this order. |
| 10 | DATED: September 11, 2017 |

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/jenk1866.ifp